■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GRISELDA JACKSON, Appellant. [702 NYS2d 850] —Appeal by the defendant from two judgments of the County Court, Dutchess County (Dolan, J.), both rendered June 24, 1998.

Ordered that the judgments are affirmed (*see, People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Mangano, P. J., Ritter, Joy, McGinity and Smith, JJ., concur.